UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21677-CIV-GOLD/MCALILEY

MOSHE BAHIRI,

    Plaintiff,

v.

MADISON REALTY CAPITAL
ADVISORS, LLC, et al.,

    Defendants.

_____/

### ORDER DISMISSING CLAIMS WITHOUT PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court on the Plaintiff's Notice of Voluntary Dismissal **[DE 18]**. Having reviewed the Notice, the Court file, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's Complaint is DISMISSED *without prejudice*.

2. Both parties shall bear their own costs and attorney fees.

3. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, on this 3rd day of November, 2009.

                                                          THE HONORABLE ALAN S. GOLD
                                                          UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record